

**ORDERED in the Southern District of Florida on June 27, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

LIZA HAZAN,　　　　　　　　　　　　　　CASE NO.: 16-10389 AJC
a/k/a ELIZABETH HAZAN
　　　Debtor.　　　　　　　　　　　　　　　CHAPTER 11
_____/

### ORDER DENYINGNLG, LLC'S MOTION FOR RELIEF FROM STAY [D.E. 475]

**THIS MATTER** having come before the court on NLG, LLC's Motion for Relieffrom the Automatic Stay [D.E. 475] on June 14, 2017 at 11:30 a.m., and the court having determined that NLG's prior Motion for Relief from Stay (D.E. 66) was fully briefed and denied (D.E. 176), and that no appeal followed, and the Court otherwise being fully advised, it is:

**ORDERED:**

NLG, LLC's Motion for Relief from Stay [D.E. 475] is **DENIED**.

###

**Submitted by:**
    DAVID W. LANGLEY
    *Attorney for Debtor*
    8551 W. Sunrise Boulevard, Suite 303
    Plantation, Florida 33322
    Telephone:   954-356-0450
    Fax:   954-356-0451
    E-mail: dave@flalawyer.com
    Florida Bar Number 348279

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest