**Exhibit B Liquidation Analysis**

**Plan Proponent's Estimated Liquidation Value of Assets**

**Assets**

| | |
|---|---|
| a. Cash on hand at the effective date | $65,000.00 |
| b. Accounts receivable | $400,000.00 |
| c. Personal property including office furniture & equipment | $327,500.00 |
| d. Automobiles | $17,000.00 |
| e. Real Estate – Homestead on Fisher Island – appraised at $ 9,500,000 | |
|     Non-exempt value | $0 |
| f. Lawsuits or other claims against third-parties: | |
|     Potential claims against NLG, LLC | $ unknown |
| k. Other intangibles (such as avoiding powers actions) | $0.00 |
| **Total Non-exempt Assets at Liquidation Value** | **$809,500.00** |
| **Less:** | |
| IRS Priority claim | ($24,663.00) |
| SE Financial lien on vehicle(secured portion of 24,970.70 claim) | ($17,000.00) |
| Chapter 7 estimated liquidation expenses | ($50,000.00) |
| Costs of sale (auctioneer fees) | ($32,750.00) |
| Chapter 11 administrative expenses - Geoffrey Aaronson | ($150,000.00) |
|     Joel Aresty | ($35,000.00) |
|     David W. Langley | ($30,000.00) |
| Amount available for distribution to unsecured creditors | **$470,087.00** |
| Percentage distribution to unsecured creditors | |
| (Total dollar amount of unsecured claims is $2,600,000 from claims docket) | **18% Distribution** |

The Amended Plan provides 41% to 100% distribution to allowed unsecured claims