**Exhibit C: Cash on hand on the effective date of the Plan**

| | |
|---|---|
| **Cash on hand on effective date of the Plan**: | $65,178 |

*Less --*

| | |
|---|---|
| Amount of administrative expenses payable on effective date of the Plan | TBD |
| Amount of statutory costs and charges UST | TBD |
| Plan Payments due on effective date of the Plan | TBD |
| Balance after paying these amounts | TBD |

The sources of the cash Debtor will have on hand by the effective date of the Plan are estimated as follows:

| | |
|---|---|
| Cash in Debtor's bank account now | $20,178 |
| + Additional cash Debtor will accumulate from net earnings between now and effective date of the Plan | $45,000 |

(Basis for projection in anticipated income) see Exhibit D

| | |
|---|---|
| Total | $65,178 |