**ELIZABETH HAZAN**
**FEB 1, 2018 - JAN 31, 2019**

| | February 2018 | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 120,000 | 100,000 | 80,000 | 80,000 | 80,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 810,000 |
| TOTAL | 120,000 | 100,000 | 80,000 | 80,000 | 80,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 810,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| VALENCIA ESTATES COMMUNITY ASS - SPECIAL $62,500 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 12,504 |
| FISHER ISLAND COMMUNITY ASS | 53,285 | 0 | 0 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 80,205 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60,000 | 0 | 0 | 0 | 60,000 |
| TOTAL | 62,616 | 9,331 | 16,061 | 9,331 | 9,331 | 16,061 | 9,331 | 25,385 | 76,061 | 9,331 | 9,331 | 70,678 | 322,848 |
| **NET RESULT** | 57,384 | 90,669 | 63,939 | 70,669 | 70,669 | 33,939 | 40,669 | 24,615 | -26,061 | 40,669 | 40,669 | -20,678 | 487,152 |
| SCHEDULED PAYMENTS OF CREDITORS | 30,381 | 1,393 | 1,393 | 1,393 | 1,393 | 296,705 | 27,015 | 1,393 | 1,393 | 1,393 | 21,705 | 1,393 | 386,950 |
| LIST OF PAYMENTS TO CREDITORS | | | | | | | | | | | | | |
| **NET RESULT** | 27,003 | 89,276 | 62,545 | 69,276 | 69,276 | -262,766 | 13,654 | 23,222 | -27,454 | 39,276 | 18,964 | -22,071 | 100,202 |
| BEGINNING | | | | | | | | | | | | | 0 |
| **CUMULATIVE NET AMOUNT** | 27,003 | 116,279 | 178,825 | 248,101 | 317,377 | 54,611 | 68,265 | 91,487 | 64,033 | 103,309 | 122,273 | 100,202 | 100,202 |

**LIST OF PAYMENTS TO CREDITORS PRE-PETITION**

| | February 2018 | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| IRS - 393,985.17 (120 months) with 3% Interest Claim 3 | 0 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 |
| IRS 24,665 - YEAR 2014 - with 5% Interest Claim 5 | 0 | 0 | 0 | 0 | 0 | 0 | 2,674 | 0 | 0 | 0 | 0 | 0 | 2,674 |
| VALENCIA ESTATES COMMUNITY 193,030 - 48M CLAIM 10 | 4,052 | 0 | 0 | 0 | 0 | 20,312 | 0 | 0 | 0 | 0 | 20,312 | 0 | 45,686 |
| VALENCIA ESTATES - interest/interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SOUTHEAST FINANCIAL - CAR 48 MONTHS | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 4,716 |
| **UNSECURED** | | | | | | | | | | | | | |
| JBM URBAN 920  275,335.05 | 0 | 0 | 0 | 0 | 0 | 275,000 | 0 | 0 | 0 | 0 | 0 | 0 | 275,000 |
| S&S COLLECTIONS - SIMON B. SIGNOS CLAIM 13 | 6,938 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,938 |
| LIST OF UNSECURED CLAIMS $26,259.04-$3,301.65=$22,000 | 12,958 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,958 |
| ADMINISTRATIVE CLAIM | | | | | | | | | | | | | |
| JOEL ARESTY | 6,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 11,000 |
| **TOTAL** | 33,361 | 1,393 | 1,393 | 1,393 | 1,393 | 296,705 | 27,015 | 1,393 | 1,393 | 1,393 | 21,705 | 1,393 | 386,950 |

**ELIZABETH HAZAN**
**FEB 1, 2019 - JAN 31, 2020**

| | February 2019 | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 | November 2019 | December 2019 | January 2020 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 600,000 |
| **TOTAL** | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 600,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| VALENCIA ESTATES COMMUNITY ASS - SPECIAL | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 12,504 |
| FISHER ISLAND COMMUNITY ASS | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 0 | 0 | 0 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 | 0 | 150,000 |
| **TOTAL** | 9,331 | 9,331 | 16,061 | 9,331 | 9,331 | 16,061 | 9,331 | 25,385 | 166,061 | 9,331 | 9,331 | 70,678 | 359,563 |
| **NET RESULT** | 40,669 | 40,669 | 33,939 | 40,669 | 40,669 | 33,939 | 40,669 | 24,615 | -116,061 | 40,669 | 40,669 | -20,678 | 240,437 |
| SCHEDULED PAYMENTS OF CREDITORS | | | | | | | | | | | | | |
| LIST OF PAYMENTS TO CREDITORS | 33,485 | 1,393 | 21,705 | 1,393 | 1,393 | 27,015 | 1,393 | 21,705 | 1,393 | 1,393 | 393 | 110,054 |
| **NET** | 7,184 | 39,276 | 32,546 | 18,964 | 39,276 | 32,546 | 13,654 | 23,222 | -137,766 | 39,276 | 39,276 | -21,071 | 126,383 |
| PREVIOUS YEAR | 88,202 | | | | | | | | | | | | 88,202 |
| **CUMULATIVE NET AMOUNT** | 95,386 | 134,662 | 167,208 | 186,172 | 225,448 | 257,994 | 271,648 | 294,870 | 157,104 | 196,380 | 235,656 | 214,585 | 214,585 |

**LIST OF PAYMENTS TO CREDITORS**

| | February 2019 | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 | November 2019 | December 2019 | January 2020 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIST OF PAYMENTS TO CREDITORS** | | | | | | | | | | | | | |
| **SECURED** | | | | | | | | | | | | | |
| FS - 393,985.27 (120 months) with 3% interest | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,895 |
| IRS 24,653 - YEAR 2014 | 2,674 | 0 | 0 | 0 | 0 | 0 | 2,674 | 0 | 0 | 0 | 0 | 0 | 5,348 |
| VALENCIA ESTATE 105,260 | 0 | 0 | 20,312 | 0 | 0 | 0 | 0 | 0 | 20,312 | 0 | 0 | 0 | 40,624 |
| VALENCIA ESTATES ANNUAL INTEREST | 6,470 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,470 |
| SOUTHEAST FINANCIAL - CAR 48 MONTHS | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 393 | 4,716 |
| **UNSECURED** | | | | | | | | | | | | | |
| BW URBAN 650  275,000.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADMINISTRATIVE CLAIM | | | | | | | | | | | | | |
| JOEL ARESTY | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 0 | 11,000 |
| **TOTAL** | 33,485 | 1,393 | 1,393 | 21,735 | 1,393 | 1,393 | 27,015 | 1,393 | 21,705 | 1,393 | 1,393 | 393 | 114,064 |

**ELIZABETH HAZAN**
**FEB 1, 2020 - JAN 31, 2021**

| | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 600,000 |
| **TOTAL** | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 600,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| VALENCIA ESTATES COMMUNITY ASS - SPECIAL | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 12,504 |
| FISHER ISLAND COMMUNITY ASS | 0 | 0 | 6,730 | 0 | 0 | 0 | 0 | 6,730 | 0 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 | 150,000 |
| **TOTAL** | 9,331 | 9,331 | 16,061 | 9,331 | 9,331 | 16,061 | 9,331 | 25,385 | 166,061 | 9,331 | 9,331 | 70,678 | 359,563 |
| **NET RESULT** | 40,669 | 40,669 | 33,939 | 40,669 | 40,669 | 33,939 | 40,669 | 24,615 | -116,061 | 40,669 | 40,669 | -20,678 | 240,437 |
| SCHEDULED PAYMENTS OF CREDITORS | | | | | | | | | | | | | |
| LIST | 30,210 | 20,705 | 393 | 393 | 393 | 393 | 45,934 | 0 | 0 | 0 | 0 | 20,312 | 118,733 |
| **NET** | 10,459 | 19,964 | 33,546 | 40,276 | 40,276 | 33,546 | -5,265 | 24,615 | -116,061 | 40,669 | 40,669 | -40,990 | 121,704 |
| PREVIOUS YEAR | 214,585 | | | | | | | | | | | | 214,585 |
| **CUMULATIVE NET AMOUNT** | 225,044 | 245,008 | 278,554 | 318,830 | 359,106 | 392,652 | 387,387 | 412,002 | 295,941 | 336,610 | 377,279 | 336,289 | 336,289 |

**LIST OF PAYMENTS TO CREDITORS**

| | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| RS - 393,385.17 (120 months) with 3% Interest | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| RS 24 663 YEAR 2014 | 2,574 | 0 | 0 | 0 | 0 | 0 | 2,674 | 0 | 0 | 0 | 0 | 0 | 5,148 |
| VALENCIA ESTATE 195,666 | 0 | 20,312 | 0 | 0 | 0 | 0 | 20,312 | 0 | 0 | 0 | 0 | 20,312 | 60,936 |
| VALENCIA ESTATE ANNUAL INTEREST | 4,195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,195 |
| SOUTH EAST FINANCIAL - CAR 48 MONTHS | 393 | 393 | 393 | 393 | 393 | 393 | 0 | 0 | 0 | 0 | 0 | 0 | 2,358 |
| **UNSECURED** | | | | | | | | | | | | | |
| IRM URBAN 500  275,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | 30,210 | 20,705 | 393 | 393 | 393 | 393 | 45,934 | 0 | 0 | 0 | 0 | 20,312 | 118,733 |

**ELIZABETH HAZAN**
**FEB 1, 2021 - JAN 31, 2022**

| | February 2021 | March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 | January 2022 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 600,000 |
| **TOTAL** | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 600,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| VALENCIA ESTATES COMMUNITY ASS - SPECIAL | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 12,504 |
| FISHER ISLAND COMMUNITY ASS | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 | 150,000 |
| **TOTAL** | 9,331 | 9,331 | 16,061 | 9,331 | 9,331 | 16,061 | 9,331 | 25,385 | 166,061 | 9,331 | 9,331 | 70,678 | 359,563 |
| **NET RESULT** | 40,669 | 40,669 | 33,939 | 40,669 | 40,669 | 33,939 | 40,669 | 24,615 | -116,061 | 40,669 | 40,669 | -20,678 | 240,437 |
| **SCHEDULED PAYMENTS OF CREDITORS LIST** | 28,098 | 0 | 0 | 0 | 20,312 | 0 | 25,622 | 0 | 0 | 20,312 | 0 | 0 | 94,344 |
| **NET** | 12,571 | 40,669 | 33,939 | 40,669 | 20,357 | 33,939 | 15,047 | 24,615 | -116,061 | 20,357 | 40,669 | -20,678 | 146,093 |
| **PREVIOUS YEAR** | 336,289 | | | | | | | | | | | | 336,289 |
| **CUMULATIVE NET AMOUNT** | 348,860 | 389,529 | 423,468 | 464,137 | 484,494 | 518,433 | 533,480 | 558,095 | 442,034 | 462,391 | 503,060 | 482,382 | 482,382 |

**LIST OF PAYMENTS TO CREDITORS**

| | February 2021 | March 2021 | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 | January 2022 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| IRS - $93,985.17 (120 months) with 3% interest | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| IRS 20,663 - YEAR 2014 | 2,674 | 0 | 0 | 0 | 0 | 0 | 2,674 | 0 | 0 | 0 | 0 | 0 | 5,348 |
| VALENCIA ESTATE 195,000 | 0 | 0 | 0 | 0 | 20,312 | 0 | 0 | 0 | 0 | 20,312 | 0 | 0 | 40,624 |
| VALENCIA ESTATE ANNUAL INTEREST | 2,476 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,476 |
| SOUTH EAST FINANCIAL - CAR 48 MONTHS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNSECURED** | | | | | | | | | | | | | |
| IBM URBAN 903  275,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | 28,098 | 0 | 0 | 0 | 20,312 | 0 | 25,622 | 0 | 0 | 20,312 | 0 | 0 | 94,344 |

**ELIZABETH HAZAN**
**FEB 1, 2022 - JAN 31, 2023**

| | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| TOTAL | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| VALENCIA ESTATES COMMUNITY ASS - SPECIAL | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 12,504 |
| FISHER ISLAND COMMUNITY ASS | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 | 150,000 |
| TOTAL | 9,331 | 9,331 | 16,061 | 9,331 | 9,331 | 16,061 | 9,331 | 25,385 | 166,061 | 9,331 | 9,331 | 70,678 | 359,563 |
| **NET RESULT** | 32,669 | 32,669 | 25,939 | 32,669 | 32,669 | 25,939 | 32,669 | 16,615 | -124,061 | 32,669 | 32,669 | -28,678 | 144,437 |
| SCHEDULED PAYMENTS OF CREDITORS LIST | 26,440 | 0 | 8,126 | 0 | 0 | 0 | 25,622 | 0 | 0 | 0 | 0 | 0 | 60,188 |
| **NET** | 6,229 | 32,669 | 17,813 | 32,669 | 32,669 | 25,939 | 7,047 | 16,615 | -124,061 | 32,669 | 32,669 | -28,678 | 84,249 |
| PREVIOUS YEAR | 482,382 | | | | | | | | | | | | 482,382 |
| CUMULATIVE NET AMOUNT | 488,611 | 521,280 | 539,093 | 571,762 | 604,431 | 630,370 | 637,417 | 654,032 | 529,971 | 562,640 | 595,309 | 566,631 | 566,631 |

**LIST OF PAYMENTS TO CREDITORS**

| | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| BS - 391,985.17 (120 months) with 3% interest | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| BS 26 GEB - YEAR 2014 | 2,674 | 0 | 0 | 0 | 0 | 0 | 2,674 | 0 | 0 | 0 | 0 | 0 | 5,348 |
| VALENCIA ESTATE 195,000 | 0 | 0 | 8,126 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,126 |
| VALENCIA ESTATE ANNUAL INTEREST | 818 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 818 |
| SOUTH EAST FINANCIAL - CAR 48 MONTHS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNSECURED** | | | | | | | | | | | | | |
| IBM URBAN 500  275,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 26,440 | 0 | 8,126 | 0 | 0 | 0 | 25,622 | 0 | 0 | 0 | 0 | 0 | 60,188 |

ELIZABETH HAZAN
FEB 1, 2023 - JAN 31, 2024

| | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| **TOTAL** | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| FISHER ISLAND COMMUNITY ASS | 0 | 6,730 | 0 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 140,000 | 0 | 0 | 0 | 0 | 140,000 |
| **TOTAL** | 8,289 | 15,019 | 8,289 | 8,289 | 8,289 | 15,019 | 8,289 | 24,343 | 15,019 | 8,289 | 8,289 | 69,636 | 337,059 |
| **NET RESULT** | 33,711 | 26,981 | 33,711 | 33,711 | 33,711 | 26,981 | 33,711 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 166,941 |
| SCHEDULED PAYMENTS OF CREDITORS LIST | 25,622 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 48,570 |
| **NET** | 8,089 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 10,763 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 118,371 |
| PREVIOUS YEAR | 566,631 | | | | | | | | | | | | 566,631 |
| **CUMULATIVE NET AMOUNT** | 574,720 | 608,431 | 635,412 | 669,123 | 702,834 | 729,815 | 740,578 | 758,235 | 645,216 | 678,927 | 712,638 | 685,002 | 685,002 |

LIST OF PAYMENTS TO CREDITORS

| | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 | December 2023 | January 2024 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| IRS - $95,985.17 (120 months) with 5% interest | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| IRS 26 663 - YEAR 2006 | 2,674 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,674 |
| VALENCIA ESTATE 195,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE ANNUAL INTEREST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SOUTH EAST FINANCIAL - CAR 48 MONTHS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNSECURED** | | | | | | | | | | | | | |
| IRM URBAN 960 275,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | 25,622 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 48,570 |

ELIZABETH HAZAN
FEB 1, 2024 - JAN 31, 2025

| | February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| TOTAL | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| FISHER ISLAND COMMUNITY ASS | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 140,000 | 0 | 0 | 0 | 140,000 |
| TOTAL | 8,289 | 8,289 | 15,019 | 8,289 | 8,289 | 15,019 | 8,289 | 24,343 | 155,019 | 8,289 | 8,289 | 69,636 | 337,059 |
| **NET RESULT** | 33,711 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 33,711 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 166,941 |
| **SCHEDULED PAYMENTS OF CREDITORS LIST** | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| **NET** | 10,763 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 10,763 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 121,045 |
| PREVIOUS YEAR | 685,002 | | | | | | | | | | | | 685,002 |
| CUMULATIVE NET AMOUNT | 695,765 | 729,476 | 756,457 | 790,168 | 823,879 | 850,860 | 861,623 | 879,280 | 766,261 | 799,972 | 833,683 | 806,047 | 806,047 |

**LIST OF PAYMENTS TO CREDITORS**

| | February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| BS - 593,985.17 (120 months) with 3% interest | 22,948 | | | | | | 22,948 | | | | | | 45,896 |
| BS 24,663 - YEAR 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE 195,960 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE ANNUAL INTEREST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SOUTH EAST FINANCIAL - CAR 48 MONTHS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNSECURED** | | | | | | | | | | | | | |
| JBM URBAN 500 275,202.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |

**ELIZABETH HAZAN**
**FEB 1, 2025 - JAN 31, 2026**

| | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 | July 2025 | August 2025 | September 2025 | October 2025 | November 2025 | December 2025 | January 2026 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| **TOTAL** | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| FISHER ISLAND COMMUNITY ASS | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 140,000 | 0 | 0 | 0 | 140,000 |
| **TOTAL** | 8,289 | 8,289 | 15,019 | 8,289 | 8,289 | 15,019 | 8,289 | 24,343 | 155,019 | 8,289 | 8,289 | 69,636 | 337,069 |
| **NET RESULT** | 33,711 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 33,711 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 166,941 |
| **SCHEDULED PAYMENTS OF CREDITORS LIST** | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| **NET** | 10,763 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 10,763 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 121,045 |
| **PREVIOUS YEAR** | 806,047 | | | | | | | | | | | | 806,047 |
| **CUMULATIVE NET AMOUNT** | 816,810 | 850,521 | 877,502 | 911,213 | 944,924 | 971,905 | 982,668 | 1,000,325 | 887,306 | 921,017 | 954,728 | 927,092 | 927,092 |

**LIST OF PAYMENTS TO CREDITORS**

| | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 | July 2025 | August 2025 | September 2025 | October 2025 | November 2025 | December 2025 | January 2026 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| IRS - $93,885.57 (120 months) with 3% interest | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| IRS 24,663 - YEAR 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE $95,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE ANNUAL INTEREST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SOUTH EAST FINANCIAL - CAR 48 MONTHS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNSECURED** | | | | | | | | | | | | | |
| JBM URBAN 360  275,229.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |

ELIZABETH HAZAN
**ELIZABETH HAZAN**
**FEB 1, 2026 - JAN 31, 2027**

| | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | July 2026 | August 2026 | September 2026 | October 2026 | November 2026 | December 2026 | January 2027 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| TOTAL | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| FISHER ISLAND COMMUNITY ASS | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 140,000 | 0 | 0 | 0 | 0 | 140,000 |
| TOTAL | 8,289 | 8,289 | 15,019 | 8,289 | 8,289 | 15,019 | 8,289 | 24,343 | 155,019 | 8,289 | 8,289 | 69,636 | 337,059 |
| **NET RESULT** | 33,711 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 33,711 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 166,941 |
| **SCHEDULED PAYMENTS OF CREDITORS LIST** | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| **NET** | 10,763 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 10,763 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 121,045 |
| PREVIOUS YEAR | 927,092 | | | | | | | | | | | | 927,092 |
| CUMULATIVE NET AMOUNT | 937,855 | 971,566 | 998,547 | 1,032,258 | 1,065,969 | 1,092,950 | 1,103,713 | 1,121,370 | 1,008,351 | 1,042,062 | 1,075,773 | 1,048,137 | 1,048,137 |

**LIST OF PAYMENTS TO CREDITORS**

| | February 2026 | March 2026 | April 2026 | May 2026 | June 2026 | July 2026 | August 2026 | September 2026 | October 2026 | November 2026 | December 2026 | January 2027 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| IRS - $93,985.17 (129 months) with 3% interest | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |
| IRS 24,663 YEAR 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE 195,699 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE ANNUAL INTEREST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SOUTH EAST FINANCIAL - CAR 48 MONTHS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNSECURED** | | | | | | | | | | | | | |
| JBM URBAN 600 235,930.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 0 | 45,896 |

ELIZABETH HAZAN
FEB 1, 2027 - JAN 31, 2028

| | February 2027 | March 2027 | April 2027 | May 2027 | June 2027 | July 2027 | August 2027 | September 2027 | October 2027 | November 2027 | December 2027 | January 2028 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | |
| BUSINESS INCOME | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| TOTAL | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 504,000 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| HOUSEHOLD, FOOD & CLOTHING | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| HOUSEHOLD, REPAIRS & MAINTENANCE | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| INSURANCE (CAR) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,600 |
| TRAVEL AND ENTERTAINMENT | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| VEHICLES EXPENSES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| UTILITIES (ELECTRICITY AND WATER) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| VALENCIA ESTATES COMMUNITY ASS | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 1,289 | 15,468 |
| FISHER ISLAND COMMUNITY ASS | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 0 | 0 | 6,730 | 26,920 |
| INSURANCE (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,054 | 0 | 0 | 0 | 0 | 16,054 |
| TAXES (FISHER ISLAND) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54,617 | 54,617 |
| INCOME TAXES ESTIMATED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 140,000 | 0 | 0 | 0 | 140,000 |
| TOTAL | 8,289 | 8,289 | 15,019 | 8,289 | 8,289 | 15,019 | 8,289 | 24,343 | 155,019 | 8,289 | 8,289 | 68,636 | 337,059 |
| NET RESULT | 33,711 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 33,711 | 17,657 | -113,019 | 33,711 | 33,711 | -27,636 | 166,941 |
| **SCHEDULED PAYMENTS OF CREDITORS** | | | | | | | | | | | | | |
| LIST | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 22,948 | 68,844 |
| NET | 10,763 | 33,711 | 26,981 | 33,711 | 33,711 | 26,981 | 10,763 | 17,657 | -113,019 | 33,711 | 33,711 | -50,584 | 98,097 |
| PREVIOUS YEAR | 1,048,137 | | | | | | | | | | | | 1,048,137 |
| CUMULATIVE NET AMOUNT | 1,058,900 | 1,092,611 | 1,119,592 | 1,153,303 | 1,187,014 | 1,213,995 | 1,224,758 | 1,242,415 | 1,129,396 | 1,163,107 | 1,196,818 | 1,146,234 | 1,146,234 |

**LIST OF PAYMENTS TO CREDITORS**

| | February 2027 | March 2027 | April 2027 | May 2027 | June 2027 | July 2027 | August 2027 | September 2027 | October 2027 | November 2027 | December 2027 | January 2028 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SECURED** | | | | | | | | | | | | | |
| RS - 393,585.17 (132 months) with 5% interest | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 22,948 | 68,844 |
| RS 24,663 YEAR 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE 155,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VALENCIA ESTATE ANNUAL INTEREST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SOUTH EAST FINANCIAL - CAR 48 MONTHS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **UNSECURED** | | | | | | | | | | | | | |
| JBM URBAN 920 275,000.83 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LIST OF UNSECURED CLAIMS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | 22,948 | 0 | 0 | 0 | 0 | 0 | 22,948 | 0 | 0 | 0 | 0 | 22,948 | 68,844 |