

**ORDERED in the Southern District of Florida on January 31, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                              Case No. 16-10389-AJC

LIZA HAZAN                                          Chapter 11
a/k/a Elizabeth Hazan

     Debtor.
_____/

**ORDER GRANTING VALENCIA ESTATES HOMEOWNERS'
ASSOCIATION, INC.'S REQUEST FOR STAY RELIEF**

THIS CAUSE came before the Court for hearing on January 24, 2018, in part upon Creditor,

Valencia Homeowners Association, Inc.'s (the "Association"): (A) Objection to Confirmation of the

Debtor's Fourth Amended Plan of Reorganization; and (B) Motion to Convert or Dismiss Case, or

Alternatively, Motion for Stay Relief to File Additional Lien [D.E. 590], and the Court, having heard

argument of counsel and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The portion of D.E. 590 which constitutes the Association's Motion for Stay Relief is

**GRANTED** to allow the Association to file and record a new lien against the real property and improvements located at 6913 Valencia Drive, Miami, FL 33109 (the "Subject Property"), for the Special Assessment in the amount of $62,500.00 that was assessed against the Subject Property in August 2017 and became due in September 2017, which lien may include all amounts related to the Special Assessment, including but not limited to interest, late charges, and reasonable costs and attorney's fees, as authorized by Florida Statutes, Chapter 720 and the Association's recorded Declaration of Covenants and Restrictions.

2. The Association may pursue the lien described at Paragraph 1 above through a Final Judgment of Foreclosure, but the Association shall not proceed with a Foreclosure Sale absent further Order of this Court.

3. The remaining portions of D.E. 590 filed by the Association (i.e., the Objection to Confirmation and Motion to Dismiss or Convert Case) were not heard or ruled upon at the January 24, 2018 hearing, and will be heard during the Debtor's continued Confirmation Hearing currently scheduled for **March 9, 2018 at 2:00 p.m.** in Courtroom 7, C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Miami, Florida.

# # #

Submitted by:
David B. Haber, Esq.
HABER SLADE, P.A.
201 S. Biscayne Blvd., Suite 1205
Miami, FL 33131
T: 305-379-2400
F: 305-379-1106
dhaber@dhaberlaw.com
*Counsel for Creditor Valencia*

Attorney David B. Haber, Esq. shall serve copies of this Order on all interested parties and file a Certificate of Service.