

**ORDERED in the Southern District of Florida on April 20, 2018.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

IN RE:                                                           Case No. 16-10389-AJC

LIZA HAZAN                                                Chapter 11
a/k/a ELIZABETH HAZAN,

    Debtor.
_____/

**ORDER GRANTING MOTION TO APPROVE COMPROMISE AND
SETTLEMENT OF CONTROVERSY [D.E. 658]**

**THIS CAUSE** came on before the Court upon Debtor Motion to Approve Compromise and Settlement of Controversy [ECF #658] (the "Motion"). The Court having been advised of agreement between the parties, and otherwise being fully advised in the premises, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The Settlement Agreement dated February 26, 2018, is approved by this Court and incorporated herein as this Court's Order. The parties are directed to comply with terms thereof.

      3. Adversary Proceeding No. 18-1008-AJC shall be dismissed without prejudice by separate order.

# # #

**Submitted by:**
DAVID W. LANGLEY
*Attorney for Debtor*
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone: 954-356-0450
Fax: 954-356-0451
E-mail: dave@flalawyer.com
Florida Bar Number 348279

Attorney Langley is directed to serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest