

ORDERED in the Southern District of Florida on June 12, 2018.

A. Jay Cristol, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov**

In re:

                                          CASE NO.: 16-10389-AJC

LIZA HAZAN,
      Debtor.                                         CHAPTER 11
_____/

## AGREED ORDER GRANTING REORGANIZED DEBTOR'S ORE TENUS MOTION TO ADMINISTRATIVELY CLOSE INDIVIDUAL CHAPTER 11 CASE AFTER CONFIRMATION

THIS CAUSE came on before the court on May 30. 2018 upon the Reorganized Debtor's Ore Tenus Motion to Administratively Close Chapter 11 Case after confirmation and prior to the entry of an Order of Discharge, ("Reorganized Debtor's Motion") and all parties being in agreement and the Court having reviewed the file and otherwise being fully advised in the premises, it is:

ORDERED, Reorganized Debtor's motion is **GRANTED**.

The instant individual Chapter 11 case shall be administratively closed upon entry of this Order, without prejudice to the Reorganized Debtor filing a motion to reopen this bankruptcy case upon the satisfaction of all payments under the Reorganized Debtor's Fourth Amended Plan of Reorganization Doc 563 ("the confirmed Plan") to unsecured creditors and seeking the entry of an Order of Discharge at that time.

During the time that this bankruptcy is temporarily closed, the provisions of this Court's Order confirming Plan Of Reorganization, entered at Doc. 691; ("the Confirmation Order") shall remain in effect with respect to the treatment of creditors' claims that existed as, the bankruptcy petition date, as long as the Reorganized Debtor continues to be in compliance with the plan and the Confirmation Order.

If and when the Reorganized Debtor chooses to file a motion to reopen this bankruptcy case, any clerk of Court fees with the filing of the motion to reopen shall be waived.

Upon the re-opening of this bankruptcy case, the Reorganized Debtor shall promptly file a Final Report and Motion for Final Decree Closing Case on the Court-approved local form in effect at that time, which shall certify, that all payments required under the Plan to the unsecured creditors have been made. The Court may then grant the Reorganized Debtor a discharge, pursuant to 11 U.S.C § 1141(d)(5) if all other conditions are satisfied.

The Court retains jurisdiction to enforce any and all terms of the Plan, the Confirmation Order and this Order.

###

**Submitted by:**

**Submitted by:**
DAVID W. LANGLEY
*Attorney for Reorganized Debtor*
8551 W. Sunrise Boulevard, Suite 303

    Plantation, Florida 33322
    Telephone:    954-356-0450
    Fax:    954-356-0451
    E-mail: dave@flalawyer.com
    Florida Bar Number 348279

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming to Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest