

**ORDERED in the Southern District of Florida on December 7, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                Case No. 16-10389-BKC-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,                  Chapter 11

        Debtor.
_____/

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED ORDERS

**THIS MATTER** came before the Court upon the *Motion for Extension of Time to File Proposed Findings of Facts and Conclusions of Law* filed by NLG, LLC, its manager Chris Kosachuk and its counsel, Juan Ramirez, Jr. on November 14, 2018 (ECF 764). Movants seek additional time within which to submit a proposed order on Debtor's Amended Expedited Motion for Contempt, Sanctions, Damages and Punitive Damages for consideration. No ex-parte order was submitted for entry extending the deadline and the matter was not set for hearing. On November 26, 2018, movants submitted their proposed order on the motion for contempt.

*CASE NO. 16-10389-BKC-AJC*

The Court finding cause to grant the extension, the movants' submission on November 26, 2018 will be considered in ruling on Debtor's motion for contempt. It is

ORDERED AND ADJUDGED that the *Motion for Extension of Time to File Proposed Findings of Facts and Conclusions of Law* (ECF 764) is GRANTED and the movants' submission is deemed timely and will be considered by the Court in ruling on Debtor's Amended Expedited Motion for Contempt, Sanctions, Damages and Punitive Damages.

###

Copies to:

Astrid Gabbe, Esq.
The Law Office of Astrid E. Gabbe, P.A.
Florida Bar No. 635383
P.O. Box 4216
Hollywood, FL 33083
Tel. (954) 303-9882
Fax. (954) 983-1427

*Attorney Astrid Gabbe is directed to serve a copy of this Order on all interested parties and to file a certificate of service with the Court.*