

**ORDERED in the Southern District of Florida on March 15, 2019.**

*A. Jay Cristol* (signature)

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-10389-AJC |
| LIZA HAZAN a/k/a ELIZABETH HAZAN, | Chapter 11 |
| Debtor. | |
| _____/ | |

### **FINAL JUDGMENT**

Pursuant to Order Granting Motion for Entry of Final Judgment [ECF 821 in this case] Judgment is entered in favor of LIZA HAZAN a/k/a ELIZABETH HAZAN, whose address is 6913 Valencia Drive Miami (Fisher Island), FL 33109 against NLG, LLC, whose address is 854 Pheasant Run Road, West Chester, Pennsylvania 19382 and JUAN RAMIREZ, Esq. at 1172 S. Dixie Hwy. #341, Coral Gables, FL 33146, jointly and severally, in the amount of $9,500.00 plus post judgment interest from this date at the rate prescribed by 28 U.S.C. § 1961, for which let execution issue.

###

*CASE NO.: 16-10389-AJC*

Geoffrey S. Aaronson, Esq. is directed to serve a copy of this Order on all interested parties and to file a certificate of service.