UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No. 16-10389-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,                Chapter 11

    Debtor,
_____/

### APPELLANT CHRIS KOSACHUK'S DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES ON APPEAL

Appellant Chris Kosachuk ("Kosachuk" or "Appellant"), *pro se,* and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, hereby files his Designation of the Record and Statement of Issues on Appeal with respect to Appellant's Notice of Appeal of Order Denying Motion to Compel [ECF 1115] filed on May 12, 2022, and requests that the same be transmitted electronically to the United States District Court for the Southern District of Florida, Miami Division.

| Main Case (BK) | Filing Date | Docket # | Docket Text/Document Description |
|---|---|---|---|
| BK | 1/11/2016 | 1 | Voluntary Petition |
| BK | 11/15/17 | 562, 562-1, 562-2, 562-3, 562-4 & 562-5 | Fifth Amended Disclosure Statement and Exhibits |
| BK | 11/15/17 | 563 | Fourth Amended Plan |
| BK | 12/13/17 | 580 | Order Approving Disclosure Statement |
| BK | 12/20/17 | 590 | Objection to Confirmation |
| BK | 01/02/18 | 598 | Objection to Confirmation |
| BK | 01/10/18 | 606 | Objection to Confirmation |
| BK | 6/13/18 | 691 | Confirmation Order |
| BK | 03/19/19 | 828 | Motion to Compel |

| BK | 05/10/19 | 895 | Order Denying Motion to Compel |
| BK | 03/10/22 | 1068 | Motion for Contempt and Sanctions |
| BK | 04/02/22 | 1073 | Order Granting Contempt |
| BK | 04/12/22 | 1074 | Objection |
| BK | 04/12/22 | 1075 | Motion to Compel |
| BK | 04/13/22 | 1076 | Motion to Reduce Plan Payments |
| BK | 04/15/22 | 1081 | Motion for Relief from Contempt Order |
| BK | 04/26/22 | 1090 | Emergency Motion for Contempt |
| BK | 04/27/22 | 1093 | Motion for Order to Show Cause Contempt |
| BK | 04/29/22 | 1097 | Amended Emergency Motion |
| BK | 04/29/22 | 1098-1098-5 | Objection to Emergency Motion |
| BK | 05/03/22 | 1106 | Order Denying Motion to Compel |
| BK | 05/12/22 | 1115 | Notice of Appeal of Order Denying Motion |

## STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in entering order in violation of Bankruptcy Rule 2015 and United States Trustee Region 21 Operating Guidelines and Reporting Requirements that:

   (A) Denied a Motion to Compel Post Confirmation Quarterly Operating Reports where all the confirmed plan payments have not been made, a final decree has not been entered and no Post Confirmation Quarterly Operating reports have ever been filed.

   (B) Denied a Motion to Compel Post Confirmation Quarterly Operating Reports without opposition, without a hearing and without hearing from the United States Trustee.

   (C) Denied a Motion to Compel Proof of Insurance under the same circumstances as A and B.

2. Whether a party, against whom sanctions and contempt are sought, has standing to compel the post confirmation operating reports to prove that the underlying confirmed bankruptcy plan is in default.

3. Whether the United States Trustee and the Bankruptcy Court both have independent obligations to require that the post confirmation quarterly operating reports in Chapter 11 cases.

May 26, 2022

Respectfully submitted,
/s/ Chris Kosachuk
Chris Kosachuk
*Pro Se Appellant*
854 Pheasant Run Rd
West Chester, PA 19382-8144
305-490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was emailed to the Clerk of Court for electronic filing on this 26th day of May, 2022 pursuant to Administrative Order 2021-10 .

Respectfully submitted,
**Chris Kosachuk**
*/s/ Chris Kosachuk*
*Pro Se Appellant*
854 Pheasant Run Rd.
West Chester, PA 19382
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via CM/ECF or Email*
All parties of record

Guy A. Van Baalen
Office of the US Trustee for Region 21
guy.a.vanbaalen@usdoj.gov