

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                          Case No. 16-10389-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,               Chapter 11

    Debtor,
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached *Notice of Hearing* entered on June 9, 2022 [ECF No. 1162] was served via CM/ECF/Email and/or first-class postage-prepaid U.S. Mail to the parties on the attached service list as indicated on the 10th day of June, 2022.

Respectfully submitted,

**Chris Kosachuk**
*/s/ Chris Kosachuk*
***Pro Se Movant***
854 Pheasant Run Rd.
West Chester, PA 19382
(305) 490-5700
chriskosachuk@gmail.com

### SERVICE LIST

***Served via CM/ECF/Email***
All parties of record

Mary Ida Townson
Office of the US Trustee for Region 21
maryida.townson@usdoj.gov

Guy A. Van Baalen
Office of the US Trustee for Region 21
guy.a.vanbaalen@usdoj.gov

Cortez-Rodriguez, Adisley M.
Trial Attorney

United States Department Of Justice
Office of the United States Trustee
51 S.W. First Ave., Suite 1204
Miami, Florida 33130
Adisley.M.Cortez-Rodriguez@usdoj.gov

Form CGFCRD3T (2/16/2021)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 16-10389-AJC

Chapter: 11

In re:
Liza Hazan
aka Elizabeth Hazan
6913 Valencia Drive
Miami Beach, FL 33109
SSN: xxx-xx-7473

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable A. Jay Cristol to consider the following:

**Motion to Dismiss Case with Prejudice Filed by Interested Party Chris Kosachuk. ECF#1161**

1. This matter has been set on the Court's motion calendar for a non-evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   Date:      **June 30, 2022**
   Time:      **03:00 PM**
   Location:  **Telephone by CourtSolutions LLC**

2. The hearing scheduled by this notice will take place only by telephone. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Individuals not represented by counsel will be able to use the telephonic services free of charge. Although conducted by telephone, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court-solutions.com. If a party is unable to register online, a reservation may also be made by telephone at (917) 746-7476.

4. The movant, or movant's counsel if represented by an attorney, must:

    (a) serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b) file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B).

Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

Dated: 6/9/22

**CLERK OF COURT**
By: Susan Gutierrez
Courtroom Deputy