

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re                                                          Case No. 16-10389-AJC

LIZA HAZAN a/k/a
ELIZABETH HAZAN                                                Chapter 11
_____/

## CHRIS KOSACHUK'S MOTION TO CONTINUE JUNE 22, 2022 HEARING ON ALL MATTERS SET TO BE HEARD

Chris Kosachuk ("Kosachuk" or "Movant"), *pro se,* hereby files this Motion to Continue June 22, 2022 Hearing on all matters set to be heard. In support, Movant states:

1. This Court has the following matters scheduled to be hearing on June 22, 2022:

    (1) Emergency Motion to Quash Subpoenas and for Order to Show Cause and Injunctive Relief Filed by Debtor Liza Hazan [Doc. 1129]

    (2) Motion For Relief From and Rehearing of Order Granting Debtor's Emergency Motion For Contempt (Re: 1073 Order on Motion for Contempt, Order on Motion For Sanctions) Filed by Interest Party Chris Kosachuk [Doc. 1082]

    (3) Motion to Disqualify Debtor's Counsel, David W. Langley Pursuant to Florida Bar Rule 4-3.7 Filed by Interested Party Chris Kosachuk [Doc. 1111]

    (4) Expedited Motion For Contempt, To Strike Lis Pendens and to Impose Sanctions and Motion for Entry of Final Judgment And Request For Expedited Hearing Filed by Debtor Liza Hazan [Doc. 1090]

    (5) Motion to Clarify (Re: 1134 Order on Pending Motions from May 3, 2022 Filed by Creditor Valencia Estates Homeowners' Association, Inc [Doc. 1150]

(6) Response to (1136 Amended Motion (1131 Emergency Motion for Protective Order) Amending filed by Debtor Liza Hazan, Motion for Protective Order ) Filed by Trustee Alfred T. Giuliano [Doc. 1155]

(7) Motion to Reconsider (Re: 1134 Order on Miscellaneous Motion, Order on Motion To Reconsider, Order on Motion for Contempt, Order on Motion for Order to Show Cause, Order on Amended Motion, Order on Motion to Extend Time, Order on Miscellaneous Motion) Filed by Debtor Liza Hazan [Doc. 1146]

(8) Motion to Reconsider (Re: 1134 Portion of Order on Pending Motions from May 3, 2022 (ECF1134) Granting in Part Emergency Motion and Amended Motion to Reduce and Extend Plan Payments to Secured Creditor Valencia filed by Debtor Liza Hazan [Doc. 1148]

(9) Objection to Debtor's Motion for Reconsideration [D.E. 1148] Filed by Creditor Valencia Estates Homeowners' Association, Inc. [Doc. 1150]

2.  However, on June 7, 2022, the United States of America on behalf of the Internal Revenue Service (the "IRS") filed a Motion to Dismiss Debtor's Bankruptcy Case (the "IRS Motion to Dismiss"). [Doc. 1157].

3.  On June 7, 2022, the Court set the IRS Motion to Dismiss for hearing on June 30, 2022. [Doc. 1158].

4.  The IRS Motion to Dismiss discloses that "the Debtor has materially defaulted with respect to the confirmed Plan because the Debtor has failed to make payments pursuant to the Plan. The Debtor has only made $25,622.34 in plan payments since confirmation of the case and has not

Motion to Continue June 22, 2022 Hearing
Case No. 16-10389-AJC
Page 3 of 7

made a payment since June 21, 2018. The Debtor currently owes $179,356.38 in Plan payments. [*See* Doc. 1157 ¶10].

5. On June 9, 2022, Chris Kosachuk filed a Motion to Dismiss Case With Prejudice (the "Kosachuk Motion to Dismiss"). [Doc. 1161 and 1161-1].

6. On June 9, 2022, the Court set the Kosachuk Motion to Dismiss for hearing on June 30, 2022. [Doc. 1162].

7. While every motion filed by the Debtor scheduled to be heard on June 22, 2022 is titled as an "Emergency", it is obvious that none of the matters are in fact a real emergency.

8. Because the pending Motions to Dismiss will be dispositive of the bankruptcy case, Movant asks this Court to continue all the June 22, 2022 matter until after it hears and decides the Motions to Dismiss.

9. If this bankruptcy is dismissed (which it should be) every matter scheduled to be heard on June 22, 2022 will become moot. As such, it would be a tremendous waste of this Court and all the parties' resources and time to proceed without hearing and adjudicating the Motions to Dismiss.

10. Alternatively, this Court can reset the Motions to Dismiss to be heard on June 22, 2022.

**WHEREFORE**, for the foregoing reasons this Court should grant this Motion to Continue June 22, 2022 Hearing on all matters set to be heard, hear the Motions to Dismiss on June 22, 2022 and thereafter dismiss this bankruptcy with prejudice.

Dated June 13, 2022.

Respectfully submitted,

**Chris Kosachuk**
*/s/ Chris Kosachuk*

**Pro Se Movant**
854 Pheasant Run Rd.
West Chester, PA 19382
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was emailed to the Clerk of Court for electronic filing on this 13th day of June, 2022 pursuant to Administrative Order 2021-10 .

Respectfully submitted,

**Chris Kosachuk**
*/s/ Chris Kosachuk*
**Pro Se Movant**
854 Pheasant Run Rd.
West Chester, PA 19382
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via CM/ECF*

Geoffrey S. Aaronson on behalf of Creditor Aaronson Schantz Beiley P.A.
gaaronson@aspalaw.com

Joel M. Aresty, Esq. on behalf of Creditor Joel M. Aresty P.A.
aresty@mac.com

Joel M. Aresty, Esq. on behalf of Defendant Liza Hazan
aresty@mac.com

Elizabeth J Campbell on behalf of Creditor JMB/Urban 900 Development Partners, Ltd
ecampbell@lockelord.com, marian.scott@lockelord.com

Elizabeth J Campbell on behalf of Plaintiff JMB/Urban 900 Development Partners, Ltd
ecampbell@lockelord.com, marian.scott@lockelord.com

Rebecca N Casamayor on behalf of Creditor Valencia Estates Homeowners' Association, Inc.
rcasamayor@dhaberlaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor Fuerst, Ittleman David & Joseph, P.L.
rpc@ecccounsel.com,

nsocorro@ecclegal.com;bankruptcy@ecclegal.com;bankruptcy.ecc@ecf.courtdrive.com

Adam A Diaz on behalf of Creditor U.S. Bank National Association
adiaz@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Jeffrey S Fraser on behalf of Creditor SouthEast Financial, LLC
bkfl@albertellilaw.com

Robert C Furr, Esq on behalf of Creditor Board of Managers of Spencer Condominium
bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

Joe M. Grant, Esq. on behalf of Creditor Selective Advisors Group, LLC
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com;sleary@msglaw.com

Joe M. Grant, Esq. on behalf of Plaintiff Selective Advisors Group, LLC
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com;sleary@msglaw.com

Robert A Gusrae on behalf of Creditor Fisher Island Community Association, Inc.
ROBERT.GUSRAE@GMAIL.COM

David B. Haber, Esq. on behalf of Creditor Valencia Estates Homeowners' Association, Inc.
dhaber@dhaberlaw.com,
ngomez@dhaberlaw.com;rcasamayor@dhaberlaw.com;dbhpaservice@dhaberlaw.com

Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association
khing@logs.com, electronicbankruptcynotices@logs.com

David W. Langley on behalf of Counter-Defendant Liza Hazan
dave@flalawyer.com, emily@flalawyer.com;monica@flalawyer.com

David W. Langley on behalf of Debtor Liza Hazan
dave@flalawyer.com, emily@flalawyer.com;monica@flalawyer.com

David W. Langley on behalf of Plaintiff Liza Hazan
dave@flalawyer.com, emily@flalawyer.com;monica@flalawyer.com

Tamara D McKeown on behalf of Defendant Liza Hazan
tdmckeown@mckeownpa.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Real Time Resolutions, Inc.
Ashley.popowitz@mrpllc.com, flbkecf@mrpllc.com

Andrew D. Zaron, Esq. on behalf of Creditor JPMorgan Chase Bank, National Association
azaron@leoncosgrove.com, jgomez@leoncosgrove.com

Guy A. Van Baalen
Office of the US Trustee for Region 21
Guy.A.VanBaalen@usdoj.gov

Heather Ries on behalf of Trustee Alfred T. Giuliano
hries@foxrothschild.com

Raychelle Tasher on behalf of the United States of America, Internal Revenue Service
*Assistant United States Attorney*
United States Attorney's Office
Southern District of Florida
Civil Division (Bankruptcy)
Raychelle.Tasher@usdoj.gov