UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No. 16-10389-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,                         Chapter 11

     Debtor,
_____/

### RESPONDENT CHRIS KOSACHUK'S DEMAND FOR JURY TRIAL

Respondent, CHRIS KOSACHUK ("KOSACHUK"), *pro se*, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Rule 9015 of the Federal Rules of Bankruptcy Procedure, hereby demands a jury trial of all issues so triable in the Emergency Motion to Incarcerate [Doc. 1255 and 1255-1].

  .    Dated: This 16th day of August, 2022.

                                                                       Respectfully submitted,

                                                                       _____
                                                                       Chris Kosachuk
                                                                       *Pro Se Movant*
                                                                       854 Pheasant Run Rd.
                                                                       West Chester, PA 19382-8144
                                                                       (305) 490-5700
                                                                       chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August 2022 a true and correct copy of the foregoing Demand for Jury Trial was mailed to the Clerk of Court for electronic filing, which will electronically serve a copy of the foregoing document on all parties of record and was emailed directly to counsel of record by Respondent.

Respectfully submitted,

Chris Kosachuk
*Pro Se Movant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

**Via CM/ECF/EMAIL**

All parties of record