Page 1

1          UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF FLORIDA
2
3                          Case No.:  16-10389-AJC
                           Chapter 11
4
5    In Re:
6    LIZA HAZAN,
7         Debtor.
_____/
8
9
10
11          ECF # 1255, 1277, 1278, 1280, 1281
12                 August 18, 2022
13
14
15          The above-entitled cause came on for a
16   telephonic hearing before the HONORABLE
17   A. JAY CRISTOL, one of the Judges of the UNITED
18   STATES BANKRUPTCY COURT, in and for the SOUTHERN
19   DISTRICT OF FLORIDA, on Thursday, August 18, 2022,
20   commencing at or about 2:30 p.m., and the following
21   proceedings were had:
22
23
24          Transcribed from a digital recording by:
                Helayne Wills, Court Reporter
25

Page 2

1   APPEARANCES VIA COURTSOLUTIONS:
2

        JOEL M. ARESTY, P.A., by
3       JOEL M. ARESTY, ESQ.,
        on behalf of the Debtor
4
5       HABER LAW, P.A., by
        REBECCA N. CORTEZ-RODRIGUEZ, ESQ.,
6       on behalf of Valencia Estates
7
        OFFICE OF THE UNITED STATES TRUSTEE, by
8       ADISLEY CORTEZ-RODRIGUEZ, ESQ.,
        on behalf of the U.S. Trustee
9
10      FOX ROTHSCHILD, by
        HEATHER L. RIES, ESQ.,
11      on behalf of Alfred Guiliano
12
        ALSO PRESENT VIA COURTSOLUTIONS
13      ECRO - Electronic Court Reporting Operator
        LIZA HAZAN - Listen Only
14      CHRIS KOSACHUK
15
16
17
18
19
20
21
22
23
24
25

1           ECRO:  Good afternoon, everyone.  The time

2    is now 2:30.  Today is Thursday, August 18, 2022.

3    We are here in front of Judge Cristol's afternoon

4    calendar.

5           This is a recorded proceeding, because

6    it's the only way we can have a court transcript.

7    Only the court is authorized to record these

8    proceedings.  Any other recordings are a violation

9    of the Florida law and may be subject to sanctions.

10          Please state your name clearly when you

11   make your appearance and spell your last name.

12   Also, please identify your client if you have one.

13   Remember to wait to speak until you are called upon.

14   This is to avoid interrupting each other.

15          The matter this afternoon, Your Honor, is

16   Case Number 16-10389.  That's Liza Hazan.  I have

17   the attorney, Mr. Joel Aresty, on the line.  If you

18   can state your appearance, sir.

19          MR. ARESTY:  Yes, thank you.  Joel Aresty,

20   A-R-E-S-T-Y, representing Liza Hazan.

21          ECRO:  Thank you.

22          I have the attorney Adisley

23   Cortez-Rodriguez on the line.  If you can state your

24   appearance, please.

25          MS. CORTEZ-RODRIGUEZ:  Good afternoon,

1    Your Honor.  This is Adisley Cortez-Rodriguez on

2    behalf of the U.S. Trustee.  C-O-R-T-E-Z -

3    R-O-D-R-I-G-U-E-Z.

4              ECRO:  Thank you.

5              I also have Rebecca Casamayor.  I believe

6    your phone is on mute.  Ms. Rebecca Casamayor, if

7    you can make your appearance, please.

8              MS. CASAMAYOR:  (Inaudible).

9              ECRO:  I have Heather Ries on the line.

10   If you can make an appearance, please.

11             MS. RIES:  This is Heather Ries on behalf

12   of Alfred T. Giuliano as Chapter 7 Trustee for the

13   bankruptcy estate of NLG, LLC.  My last name is

14   spelled R-I-E-S.

15             I've been kicked off a couple of times, so

16   if I disappear I will try to call back in.

17             ECRO:  I believe Ms. Rebecca Casamayor

18   wants to make an appearance now.

19             MS. CASAMAYOR:  Yes.  My apologies.  Can

20   you hear me now?

21             ECRO:  Yes, ma'am.  State your name and

22   spell your --

23             MS. CASAMAYOR:  I'm sorry.  I was having

24   problems with my phone.

25             Rebecca Casamayor, C-A-S-A-M-A-Y-O-R, on

1    behalf of Valencia Estates Homeowners' Association.

2                ECRO:  That's it for appearances, Your

3    Honor.

4                THE COURT:  Very well.  We're here on the

5    matter of --

6                MR. KOSACHUK:  Excuse me.  This is --

7    Chris Kosachuk is present, K-O-S-A-C-H-U-K, on

8    behalf of myself.

9                ECRO:  My apologies.

10                THE COURT:  Very well.  We're here on --

11    the first matter is a motion by Mr. Aresty, in which

12    he asks that we take action against Mr. Kosachuk.

13    Mr. Aresty, would you like to present your motion?

14                MR. ARESTY:  Yes.  Thank you very much,

15    Judge.  Judge, I'd also ask that the Court and the

16    record note Ms. Hazan is also on listen only at the

17    hearing today.

18                Judge, Ms. Hazan has a big exigent

19    problem, and we appreciate the Court accommodating

20    her with an exigent hearing.  She's complied with

21    your admonition to sell or refinance, and she's been

22    working diligently on both, but has been disrupted

23    and interfered with by Mr. Kosachuk constantly.

24                The reason why it's brought on before you

25    as an exigent matter is because as the Court is well

```
 1   aware, real estate closings work on timetables with

 2   lenders and title companies, and the closing which

 3   she was trying to accomplish to pay a number of

 4   creditors who are here today, again, has been

 5   disrupted by constant judicial filings by

 6   Mr. Kosachuk, direct, intentional, willful and

 7   malicious, in contradiction to Your Honor's repeated

 8   orders to him.  And he's in clear contempt of the

 9   Court.

10            I'll remind the Court of some of the

11   history.  I'm going to go through an over reading,

12   if I can, very briefly, and then I'm going to go

13   through the docketed matters at bar and some of the

14   sealed evidence.  I'd certainly ask you to take

15   judicial notice of the record in this case, and of

16   your Court's prior orders.

17            Ms. Hazan was approved for a loan and a

18   refinance, an interim refinance, which would have

19   set aside the Court's admonition.  It would have

20   paid Ms. Casamayor.  She would have been able to

21   finish her negotiations in settlement with the

22   Delaware Trustee, represented by Ms. Ries.  She

23   would have been able to finalize the case with the

24   U.S. Trustee, all of whom are here today.

25            (Unintelligible) were obtained, a deposit
```

1  was paid out of the debtor's pocket to facilitate a

2  loan.  I happen to be personally familiar with the

3  lender, and was involved in the negotiations.  It

4  would have paid creditors Chase Bank, the IRS,

5  Valencia, all of whom are already in the plan.

6           Lender's counsel drafted the loan

7  documents.  As recently as August 4th, we were ready

8  to close, and all of the loan documents were drafted

9  by real estate attorney Steve Cronig at Hinshaw.

10          The title company was ready to go.  There

11  was clear title, Judge, at that time.  The title

12  company went back, did a -- reading the court file,

13  saw the appeals, hundreds of pleadings, appeals of

14  order 1194, when Mr. Kosachuk knew he never had the

15  right to file a seventh or eighth lis pendens, but

16  did so nonetheless.  He certainly had no right to

17  pursue frivolous appeals, but instead, without the

18  restrictions of having counsel, filed appeals.

19          He had the obligation to remove lis

20  pendenses, which today still remain on the property

21  in the public records.  The seventh and eighth lis

22  pendenses are still recorded and still impairing the

23  title of Ms. Hazan, although the Court entered an

24  injunction April 2, 2022, striking the seventh lis

25  pendens.  He filed an eighth lis pendens the day of

Page 8

1    the hearing on his motion for contempt, March 30th.

2              Judge, you ordered June 28, 2022, that you

3    would ordered U.S. Marshals to pick him up and

4    detain him if he continued to willfully and

5    maliciously disobey your orders.

6              Now, in addition to that, Mr. Kosachuk and

7    Judge Ramirez were back in Delaware and New York and

8    Albany, still litigating on underlying litigation,

9    which has been long ruled against them, and become

10   the law of the case, and to which they're obviously

11   collaterally estopped from pursuing.  The man's

12   behavior has to end if Ms. Hazan is to be able to

13   finance or sell her property.

14             So we're asking the Court to order the

15   Clerk not to accept filings by him or his agents or

16   attorney, to voluntarily dismiss, hopefully, the

17   seventh and eighth lis pendenses (inaudible) get

18   them recorded, have the marshals pick him up.  I

19   hope the Court will ask him for his exact address,

20   because he has an address out of town, but he's

21   always here.  We need to know his specific

22   whereabouts.

23             Judge, you entered Doc 1194, which is the

24   law of this case, which said that any acts to

25   further delay the refinance or sale of the house, he

```
 1   was going to go to jail.  He's been conferred with
 2   by me.   I have cajoled him to stop his activities
 3   and to avoid this day.  We're asking the Court to
 4   enforce order 1194.
 5           We think that he's staying in Suffolk
 6   County, not in Pennsylvania, although he's notarized
 7   affidavits in Pennsylvania.  So we want the
 8   incarceration, we want an order striking all
 9   pleadings, we want an order directing the Clerk of
10   the Court to refuse to accept any more pleadings,
11   and we want him to hopefully do something perhaps to
12   purge, remove the seventh and eighth lis pendenses,
13   remove the appeals or (inaudible).
14           Judge, all of this is being done on
15   purpose, obviously, so that Ms. Hazan cannot get the
16   money out of her homestead house in order to pay her
17   creditors.  So it's obviously in the best interest
18   of creditors that something happen.
19           There's been nonstop filings recited in
20   the moving papers.  And again, Judge, I happen to
21   know that the loan was ready to close August 5th.
22   We had everything ready.  Mr. Cronig spent days
23   drafting the loan documents, because he had clear
24   title, was ready to close the loan, and then
25   Mr. Kosachuk persisted in filing frivolous appeals
```

1    of Document 1194.  That's where we are.

2              So if the Court would notice, we have --

3    obviously, we filed a number of documents under

4    seal.  If you take judicial notice of our Document

5    1255, which is the motion, request for hearing,

6    which goes through in great detail the history of

7    Mr. Kosachuk's activities in this case, and of your

8    Court's order.  There's also an affidavit in support

9    of that motion, which was filed at Document 1255-1,

10   which gives testimony as to the facts alleged.

11             Judge, just briefly, the exhibits register

12   of the sealed documents starts at Document Number

13   1258 with Exhibit A.  I think 1257 is the -- 1256 is

14   the exhibit register.  Exhibit A is 1258, which was

15   a clear title commitment.  Document 1259 is Exhibit

16   B, which is a loan agreement, fully executed by

17   Ms. Hazan and her lender, July 25, 2022.  Document

18   1260 is Exhibit C, which is a confirmation by the

19   title company, July 28th, that they're sending wire

20   instructions to satisfy the requirements on Exhibit

21   B, and they're ready, willing and able to close the

22   loan July 29th.

23             Document 1261 is Exhibit D, which is

24   correspondence with the lender's counsel and the

25   title insurance company, Ms. Hazan's counsel,

1    July 29th.  Document 1262 is a loan payoff showing

2    the payment of the creditors Chase, IRS, Valencia

3    Homeowners' Association, with payoffs good through

4    certain dates, total amount of payoffs totaling

5    almost $6 million.

6              Document 1263 is Exhibit F, which is the

7    title company e-mail to Elizabeth Hazan, August 1st,

8    which added new requirements to satisfy prior to

9    closing, regarding the bankruptcy proceeding.  The

10   new requirements will dismiss all litigation

11   regarding the Delaware lis pendens by Mr. Kosachuk.

12   Even though it was released by Bankruptcy Document

13   1194, that could not be further relied upon, because

14   of the frivolous appeal.  So that was number one.

15             Number 2, the final orders discharging the

16   lis pendens, again, released by Bankruptcy Document

17   1191, that could not be relied upon, because of the

18   frivolous appeal.  Number 3, dismissal of Delaware

19   adversary.  And then we wanted a blanket exception

20   as to any right asserted by Chris Kosachuk, or any

21   party asserting an interest by Chris Kosachuk.

22             Document 1264 is Exhibit G, closed filings

23   with lenders regarding the appraisal.  1265 is

24   Exhibit H, lender's counsel's correspondence

25   regarding closing escrow instructions, dated

1  August 5th.  Document 1266, Exhibit I, more

2  correspondence reiterating the title company needed

3  three Kosachuk exceptions deleted.  Exhibit J,

4  Document 1267, is correspondence, August 11th,

5  reciting that the title company has updated its

6  commitment to require dismissal again of the

7  Delaware matters, because of the appeals, and any

8  claims by Mr. Kosachuk.

9            The Court has ruled in adversary

10  proceedings and in this case on numerous occasions

11  that Mr. Kosachuk has no claim against Ms. Hazan's

12  homestead.  There's no question that without the

13  Court's help, the title company is unwilling to take

14  risks.  There's some other matters that are

15  supplementary, Judge, to those filings, including

16  some correspondence with the title companies, et

17  cetera.

18            Judge, it's clear that they were ready to

19  close, and that Mr. Kosachuk intentionally,

20  willfully and maliciously has continued his guerrila

21  warfare activity to disrupt her ability to

22  consummate the transactions which the Court has

23  ordered.  So I'm looking at August 5th.  I have a

24  closing letter.  All of the documents are done,

25  everything is ready to go.  We need this Court's

1    clear help in quieting title as to Mr. Kosachuk.

2              So we're asking -- it's obvious that the

3    title required to close the transaction is not

4    possible due to the frivolous appeals and the lis

5    pendenses.  Payoffs of numerous creditors of this

6    estate who are waiting for their money, the IRS,

7    Chase and the Valencia homeowners, is being held up.

8    Meanwhile, interest rates even went up a little bit,

9    to add insult to injury.

10             So basically that's it, Judge, as to the

11   main motions at bar, 1255.  Thank you.

12             THE COURT:  Thank you, Mr. Aresty.

13             Is there anyone else who wishes to be

14   heard, other than Mr. Kosachuk?  Let all other

15   parties be heard if they wish before we call

16   Mr. Kosachuk.  All right.  No one wishes to be

17   heard.

18             Mr. Kosachuk, you heard Mr. Aresty's

19   presentation.  Do you wish to add anything?

20             The Court is noting that you have no

21   standing in this case.  You are not a party.  You

22   don't have any right to be heard, but in an

23   abundance of caution, and in an effort to make

24   certain that your rights are fully protected, I'm

25   giving you the opportunity to speak now if you wish.

```
 1              MR. KOSACHUK:  I do wish, Your Honor.
 2    Thank you very much.  Chris Kosachuk speaking.
 3              First and foremost, I think Mr. Aresty
 4    made my point for me, which is, he's testifying
 5    about what's happening, and this hearing needs to be
 6    an evidentiary hearing.  This can't be a summary
 7    proceeding.  They are asking for criminal punishment
 8    to put me in jail.
 9              There cannot be a more severe criminal
10    punishment than asking somebody to be taken into
11    prison.  And that's precisely all they want.
12    They're not interested in any of this other stuff.
13    It's a sideshow.  And I'm going to quote to the
14    Court the International Union v. Bagwell.  This is
15    binding case law from the United States Supreme
16    Court, dated January 30, 1994.  This clearly lays
17    out what has to happen in a contempt proceeding
18    where jail and criminal punishment is being sought.
19              It says, "Criminal penalties may not be
20    imposed on someone who has not been afforded the
21    protections that the constitution requires of such
22    criminal proceeding."
23              So therefore, I am entitled to a jury, and
24    I have made a jury request already.  It's of record,
25    it's recorded on the docket as -- hold on.  I'll get
```

1    the ECF number here so we have it.  It's 1281.  I am

2    entitled to counsel of my choice.  If I can't afford

3    counsel, I have the right to court appointed

4    counsel.  That's second.

5            And third, this has to be a full and fair

6    trial by an impartial jurist.  So all of these

7    rights are afforded me under the constitution of the

8    United States.  So this Court just can't summarily

9    proceed on this.  I intend to file a motion to

10   withdraw the reference in the matter to be

11   adjudicated by the District Court if they continue

12   to go forward.

13           Moreover, I would point out that what I

14   have done are judicial filings.  That's what

15   Mr. Aresty just said.  I have an absolute right to

16   appeal this Court's order, Document 1194, which

17   found me in contempt and said that I have no

18   standing.  I have a right to appeal that order.  And

19   the filing of a notice of appeal is a

20   jurisdictionally significant event, and it guides us

21   to this court of jurisdiction to that of the

22   Appellate Court, the District Court.  So therefore,

23   the District Court is better suited to handle any of

24   this.

25           As for what they're calling my frivolous

1  appeals, well, they may call them frivolous, but

2  what happens when the District Court agrees with my

3  arguments and remands?  They won't be frivolous

4  then.  And moreover, it's surely for an adjudication

5  for the District Court as to whether my appeals are

6  frivolous, and they are not frivolous.

7           Moreover, Mr. Aresty spent the better part

8  of 20 minutes testifying to this Court.  He

9  testified that he is personally familiar with the

10 lender.  So Mr. Aresty -- and I know from settlement

11 discussions directly with Mr. Aresty, that he is

12 familiar with this lender.  He set this up

13 apparently.  So therefore, I have a right to

14 discovery.

15           I can't be held in contempt on documents

16 that are sealed that I can't see.  This wholly

17 violates all of my rights.  So this is just

18 ridiculous.  I question whether there is a loan.

19           They're saying the payoff of $6 million.

20 I know Chase Bank alone is owed more than

21 $6 million.  I know that the Fisher Island Community

22 Association is owed almost $1 million.  I know that

23 JMB Urban Development is owed, and their payoff

24 isn't mentioned anywhere in here.  So the amount of

25 this loan of $6 million is not sufficient to pay off

1    the creditors that need to be paid off.

2              Mind you, this bankruptcy has been in

3    continuous default now for over four years.  This

4    Court should have dismissed this case long ago.  The

5    fact that we're still here is quite shocking and

6    it's offensive.  All this does is encourage other

7    bad actors to game the Bankruptcy Court and game the

8    system.  This is reprehensible behavior by counsel

9    and the debtor.

10             The debtor thinks that they can get away

11   with this.  And this is absolutely ridiculous.  I

12   can't believe that we're here.  I can't believe that

13   we're sitting here in this hearing right now because

14   of this.  This is inappropriate, to say the least.

15   This debtor has had four years to make payments to

16   the creditors and she's failed to make them.  We

17   wouldn't be here if the debtor had paid her

18   creditors.

19             She has not paid the federal government,

20   the Internal Revenue Service, the IRS, her income

21   taxes, since 2002.  So the fact that this Court is

22   offering her all of the protections of a bankruptcy

23   with none of the obligations is offensive.  And the

24   fact that this Court is now trying to throw me in

25   jail, which is a criminal matter, on a summary

1  proceeding, it violates all of my constitutional

2  rights, and I won't have it.  This is not acceptable

3  and I'm not going to tolerate this.

4          I am perfectly happy to go into court with

5  a jury and with a United States District Court Judge

6  and try this matter, because it's frivolous on their

7  part.  Their bankruptcy is in default.  The

8  confirmed plan is in default.  (Inaudible) enforced

9  against (inaudible), let alone against me.

10          So this goes into the next part of this,

11  which is my pending motion to disqualify Mr. Aresty,

12  and if the Court wants me to get into my cross

13  motions, I'd be happy to address them now, or if the

14  Court would allow other people to speak, I'll defer.

15          Thank you.

16          THE COURT:  Thank you, Mr. Kosachuk.

17          I would point out to you that --

18  apparently, you're not a lawyer, and you're throwing

19  about a lot of law that relates to criminal

20  proceedings, when the proceeding that we're talking

21  about here is strictly a civil proceeding.

22          Having heard your position I should make

23  you aware that I am very anxious not to have to put

24  people into detention.  I give them every chance to

25  work out problems so that they don't need to spend

1   any time in the custody of the United States.

2   However, the arguments you've made about criminal

3   law have nothing to do with what we're talking about

4   here today.

5           What we're going to do here today is as

6   follows:  One, we're going to continue Mr. Aresty's

7   motion to 2 o'clock on September 9th.  There's an

8   extra week in there because of Mr. Aresty's

9   vacation, which is customary to grant in respect to

10  attorneys' vacations.

11          The Court is directing you, Mr. Kosachuk,

12  to work with Mr. Aresty or any of Ms. Hazan's

13  attorneys to resolve this matter and get the loan

14  closed before 2 o'clock on September 9th.  If you

15  achieve that purpose and submit an agreed order,

16  that will resolve the matter without the necessity

17  of you spending any time in the custody of the

18  United States.

19          If you need a hearing on any particular

20  technical matter between now and then, the Court

21  will gladly give you a hearing on 24 or 48 hours'

22  notice, but if you are not able to work with them

23  and resolve the matter for a closing of the loan by

24  that date, on that date I would suggest that you

25  carry your toothbrush with you, because this will be

Page 20

1    the end of my patience, and notwithstanding my

2    reluctance to take you into custody, you will be

3    determined in civil contempt, and will be taken into

4    custody by the Marshal until this matter is

5    resolved.  At that time the Court will be appointing

6    someone as a fiduciary to act in your behalf while

7    you're in the custody of the United States

8    government.

9                I don't think there's much more that we

10   need to do on this matter here today.  The Court

11   will draw these orders, and the Court would advise

12   you, Mr. Kosachuk, to perhaps consult with a lawyer,

13   to have your own lawyer explain to you why you don't

14   understand what the law is, why you don't understand

15   why you have no right to a jury trial, and that this

16   is not a criminal matter.  Good luck, Mr. Kosachuk.

17               Mr. Aresty, get in touch with Mr. Kosachuk

18   and set up whatever meetings that you find necessary

19   if Mr. Kosachuk wants to cooperate and get this

20   matter closed.  On the other hand, if there's an

21   impasse, and you both agree that Mr. Kosachuk is not

22   going to make an effort to solve these problems,

23   then either of you may send the Court a notice that

24   you are unable to resolve the matter between you,

25   and the Court may accelerate the September 9th date

Page 21

```
 1   and enter an order requiring the detention of
 2   Mr. Kosachuk until such time as he has removed the
 3   roadblocks which he has apparently maliciously
 4   presented in order to delay a proceeding that
 5   otherwise would be normal and should take place.
 6              So that's all we have to do here this
 7   afternoon.  I wish you all a good day, and I hope
 8   that you, Mr. Aresty and Mr. Kosachuk can resolve
 9   this matter as I suggested.  If you can, bless you.
10   If you can't, you know where I'm coming from and
11   what Mr. Kosachuk may expect in regard to his future
12   as a free or an incarcerated person.
13              So that being all that needs to be said,
14   we'll adjourn this hearing.  Good day.
15              MR. ARESTY:  Thank you, Judge.
16              (Thereupon, the hearing was concluded.)
17
18
19
20
21
22
23
24
25
```

Page 22

1                        CERTIFICATION

2

3    STATE OF FLORIDA:

4    COUNTY  OF  DADE:

5

6              I, HELAYNE F. WILLS, Shorthand

7    Reporter and Notary Public in and for the State of

8    Florida at Large, do hereby certify that the

9    foregoing proceedings were taken by electronic

10   recording at the date and place as stated in the

11   caption hereto on Page 1; that the foregoing

12   computer-aided transcription is a true record of my

13   stenographic notes taken from said electronic

14   recording.

15              WITNESS my hand this 25th day of

16   August, 2022.

17

18

19        _____

              HELAYNE F. WILLS

20            Court Reporter and Notary Public

              In and For the State of Florida at Large

21            Commission No:  HH157788  Expires 8/2/2025

22

23

24

25