

**ORDERED in the Southern District of Florida on November 1, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  Case No. 16-10389-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,                                      Chapter 11

    Debtor.

_____/

### ORDER GRANTING IN PART FURTHER RELIEF TO THE DEBTOR PURSUANT TO THE EMERGENCY MOTION FOR ORDER DIRECTING US MARSHALS TO TAKE CHRIS KOSACHUK INTO CUSTODY

**THIS MATTER** came before the Court for hearing on October 20, 2022 at 10:30 AM upon *Reorganized and Discharged Debtor, Liza Hazan, a/k/a Elizabeth Hazan's* ("Discharged Debtor" or "Hazan") *Emergency Motion For an Order directing the United States Marshals to take Christopher Kosachuk also known as Chris Kosachuk ("Kosachuk"), into custody and to*

*detain him until such time as Ms. Hazan is able to complete a closing on her homestead property as ordered on June 28, 2022 at ECF No. 1194* filed by Liza Hazan on August 15, 2022 (ECF No. 1255). In its prior Order Granting In Part Debtor's Emergency Motion For An Order Directing The United States Marshals To Take Chris Kosachuk Into Custody, entered October 7, 2022, the Court determined that Christopher Kosachuk was in civil contempt and subject to sanctions. The Court previously sanctioned Chris Kosachuk one hundred dollars ($100) per day for every day he remains in contempt, in favor of Liza Hazan also known as Elizabeth Hazan ("The Sanction"). The Sanction is effective beginning September 12, 2022, and continuing at the rate of one hundred dollars ($100) per day [in favor of Liza Hazan also known as Elizabeth Hazan] until the Court determines Kosachuk is no longer in contempt. The Sanction may be increased if the Court finds the continuing contempt warrants the adjustment.

Furthermore, as a result of Chris Kosachuk's continuing contempt, the Court invokes Federal Rule of Bankruptcy Procedure 7070 in this contested matter involving Chris Kosachuk. Fed. R. Bankr. P. 9014(c) (adversary rules may be applied to contested matters upon notice and order of the Court). Rule 7070 specifically provides:

> (a) Party's Failure to Act; Ordering Another to Act. If a judgment requires a party to convey land, to deliver a deed or other document, or to perform any other specific act and the party fails to comply within the time specified, the court may order the act to be done—at the disobedient party's expense—by another person appointed by the court. When done, the act has the same effect as if done by the party.
>
> (b) Vesting Title. If the real or personal property is within the district, the court—instead of ordering a conveyance—may enter a judgment divesting any party's title and vesting it in others. That judgment has the effect of a legally executed conveyance.
>
> (c) Obtaining a Writ of Attachment or Sequestration. On application by a party entitled to performance of an act, the clerk must issue a writ of

      attachment or sequestration against the disobedient party's property to compel obedience.

      (d) Obtaining a Writ of Execution or Assistance. On application by a party who obtains a judgment or order for possession, the clerk must issue a writ of execution or assistance.

      (e) Holding in Contempt. The court may also hold the disobedient party in contempt.

In accordance with FRBP 9014(c), the Court orders FRBP 7070 applies in this contested matter so the Court may order certain acts to be done by a person appointed by the Court -- at Christopher Kosachuk 's expense, as he is the disobedient party. Once done, the act(s) will have the same effect as if done by the disobedient party, Christopher Kosachuk. Thus, for the reasons stated on the record at the hearing, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Court again DEFERS ordering the United States Marshals to take Chris Kosachuk into custody at this time and instead sanctions him for his civil contempt.

2. Chris Kosachuk is SANCTIONED in the amount of one hundred dollars ($100) per day in favor of Liza Hazan also known as Elizabeth Hazan, effective starting September 12, 2022, and continuing at the rate of one hundred dollars ($100) per day in favor of Liza Hazan also known as Elizabeth Hazan, subject to further adjustment upward if warranted.

3. The Court will reduce to a Final Judgment The Sanction for the first thirty eight days, <u>and Debtor's counsel is directed to submit for entry a proposed Final Judgment in the amount of Thirty Eight Hundred dollars $3,800.00</u>, which may be recorded in favor of LIZA HAZAN a/k/a ELIZABETH HAZAN, whose address is 6913 Valencia Drive Miami (Fisher Island), FL 33109, against CHRIS KOSACHUK also

        known as CHRISTOPHER KOSACHUK, whose address is 854 Pheasant Run Road, West Chester, Pennsylvania 19382. The Final Judgment will accrue post judgment interest from the entry thereof at the rate prescribed by 28 U.S.C. § 1961, for which execution shall issue forthwith.

4. <u>The Court invokes Federal Rule of Bankruptcy Procedure 7070 and applies the rule to this contested matter, and directs the United States Trustee to nominate a disinterested person or persons to perform certain acts that Chris Kosachuk refuses to perform to clear or quiet title to the Debtor's homestead Property so that she may refinance the property to pay creditors pursuant to her confirmed Chapter 11 Plan</u>. All acts performed by or at the direction of the person(s) appointed shall have the same effect as if done by the disobedient party, Chris Kosachuk,

5. Chris Kosachuk a/k/a Christopher Kosachuk, his agents, attorneys, representatives, have no claim against Liza Hazan a/k/a Elizabeth Hazan, or her homestead Property located at 6913 Valencia Drive, Miami Florida 33109, with the following legal description:

    LOT 7, Block 2, LINDISFARNE ON FISHER ISLAND SECTION 10 according to the Plat thereof, recorded in PLAT Book 157, Page 64, of the Public Records of Miami-Dade County, Florida.

6. Any claim to any right, title, or interest in or to the homestead Property at 6913 Valencia Drive, Miami, Florida 33109 with the following legal description:

    LOT 7, Block 2, LINDISFARNE ON FISHER ISLAND SECTION 10 according to the Plat thereof, recorded in PLAT Book 157, Page 64, of the Public Records of Miami-Dade County, Florida,

    asserted by Chris Kosachuk, his agents, attorneys, representatives or any party asserting an interest by, through or under Chris Kosachuk, his agents, attorneys or

representatives, is deemed a nullity and each lis pendens filed or to be filed in the future against Debtor's homestead Property by Chris Kosachuk, his agents, attorneys, representatives or any party asserting an interest by, through or under Chris Kosachuk, his agents, attorneys or representatives, is or shall be immediately **DISMISSSED, DISCHARGED AND RELEASED,** and Liza Hazan a/k/a Elizabeth Hazan shall have good and clear title to said homestead Property as against any such purported claim(s) by, through, or under Chris Kosachuk a/k/a Christopher Kosachuk, his agents, attorneys, and/or representatives.

7. A further hearing on the Motion is scheduled on <u>November 8, at 03:00 PM</u> at which time the Court will determine the status of Kosachuk's compliance with the Court's orders and whether The Sanction has encouraged the resolution of this matter, or whether the Court will need to increase The Sanction or consider incarceration. The Court will also consider the U.S. Trustee's nomination of a disinterested person to act in accordance with FRBP 7070.

###

**Submitted by:**
Joel M. Aresty, Esq. Fla. Bar No. 197483 Attorney for Reorganized and Discharged Liza Hazan
**Aresty@Mac.com** .

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest.