# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES



Appeal Number: 22-13665-J
Case Style: Chris Kosachuk v. Liza Hazan
District Court Docket No: 1:22-cv-21485-RNS
Secondary Case Number: 16-bk-10389-AJC

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6135

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13665-J
_____

In Re: LIZA HAZAN,
a.k.a. Elizabeth Hazan,

                        Debtor.

_____

CHRIS KOSACHUK,

                        Plaintiff - Appellant,

versus

LIZA HAZAN,
a.k.a. Elizabeth Hazan,

                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Chris Kosachuk failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in district court within the time fixed by the rules.

Effective December 22, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION