UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED-USBC, FLS-MIA
'25 MAR 7 AM 10:28

In re                                                                  Case No. 16-10389-RAM
                                                                           Defaulted Chapter 11

LIZA HAZAN a/k/a
ELIZABETH HAZAN
_____/

**CHRIS KOSACHUK'S OBJECTION TO EX-PARTE EMERGENCY MOTION FOR ENTRY OF FINAL JUDGMENT [DOC. 1434] & REQUEST FOR STATUS HEARING**

Chris Kosachuk ("Mr. Kosachuk"), *pro se*, hereby files this Objection to Ex-Parte Emergency Motion For Entry of Final Judgment (the "Motion") [Doc. 1434] and requests a status hearing. Mr. Kosachuk objects as follows:

1.     On March 5, 2025, this Defaulted Chapter 11 Debtor and her Attorney, Joel Aresty, filed the Motion as an emergency and ex-parte.

2.     First, the Debtor wrongfully claimed that the Motion is an emergency because of an order of this Court entered on February 28, 2025 in the matter of *In Re Selective Advisor Group, LLC* Case No. 19-bk-14602-RAM Doc. 202 (the "Selective Order"), which was entered pursuant to a motion filed on November 27, 2024 [*In Re Selective Advisor Group, LLC* Case No. 19.14602-RAM Doc. 176].

3.     Debtor Hazan sat idly for the past three months and now wants to manufacture an emergency after losing in the *Selective Bankruptcy*. Simply put, there is no emergency.

4.     Next Debtor Hazan claims that "proponent has made a bona fide effort to resolve the matter without hearing on numerous occasions" but this statement is demonstrably false as neither Mr. Aresty nor Ms. Hazan has contacted undersigned in regards to the Motion.

Page 1 of 3

Objection to Emergency Ex-Parte Motion
Case No. 16-10389-RAM

5. As the Court should recall from the hearing in the Selective Bankruptcy on February 27, 2025, Ms. Hazan's animosity for the undersigned is readily apparent.

6. Debtor Hazan's Motion is a convoluted mess of spurious allegations which are impossible to decipher and thus impossible to respond to.

7. At bottom, it appears that Debtor Hazan believes that undersigned has somehow violated an order of this Court and that she is now summarily entitled to a Final Judgment in the amount of $90,600 against undersigned without: any notice, any opportunity to be heard or even a hearing. The Debtor wants this Court to abandon all the Federal Rules of Civil and Bankruptcy Procedure, violate the Constitution of the United States and give her a Final Judgment for $90,600 because she is mad about losing in the *Selective Bankruptcy*. The relief requested fails to comply with Local Bankruptcy Rule 9013-1.

8. Debtor Hazan even has the temerity to seek another financial windfall from undesigned without honoring any of the financial obligations of her confirmed plan which has been in continuous default since confirmation on June 12, 2018.

9. Undersigned requests a hearing as to the status of this defaulted chapter 11, where the Debtor should be required to appear, show cause and testify as to the defaulted status of her own plan for failing to make any plan payments since 2018 and covering up these repeated defaults by failing to file the requisite post confirmation operating reports.

**WHEREFORE**, for the foregoing reasons this Court should set a status hearing to determine the defaulted status of this Chapter 11 plan and *sua sponte* enter an Order to Show Cause as to why this Chapter 11 case should not be dismissed with prejudice for failure to maintain plan payments, failure to file post confirmation operating reports and failure to pay the United States Trustee fees since 2018 before even considering the Motion at bar.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been delivered to the Clerk of Court who will file it with the CM/ECF system. I also certify that the foregoing was served on this day by either U.S. Mail or Electronic mail to the parties on the attached service list.

| | |
|---|---|
| Dated: March 7, 2025 | Respectfully submitted,<br><br>Christopher Kosachuk<br>*Pro Se Interested Party*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |

## SERVICE LIST

***Served via CM/ECF/Email***
All Parties of Record

Joel Aresty, Esq.
Attorney of Record for Elizabeth Hazan a/k/a/ Liza Hazan
aresty@mac.com

Raychelle Tasher, Esq.
Attorney of Record for the United States of America on behalf of the Internal Revenue Service
raychelle.Tasher@usdoj.gov

Steven D. Schneiderman, Esq.
Office of the United States Trustee
steven.d.schneiderman@usdoj.gov

Mary Ida Townson
Office of the United States Trustee for Region 21
maryida.townson@usdoj.gov