FILED-USBC, FLS-MIA
'25 APR 7 AM 11:56

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 16-10389-RAM

LIZA HAZAN a/k/a ELIZABETH HAZAN,        Defaulted Chapter 11

    Debtor,
_____/

### NOTICE OF FILING AND REQUEST FOR JUDICIAL NOTICE OF FEDERAL TAX LIEN AGAINST DEBTOR LIZA HAZAN

Please take notice that Chris Kosachuk, *pro se*, hereby files and hereby requests that the Court take judicial notice of the following:

1. A new federal tax lien against Debtor Liza Hazan filed on November 26, 2024, a copy of which is attached to this Notice.

Dated: April 7, 2025

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2025 a true and correct copy of the foregoing Notice of Filing of FitzSimon Judgment was delivered to the Clerk of Court for electronic filing, which will electronically serve a copy of the foregoing document on all parties of record and was emailed directly to counsel of record.

Respectfully submitted,

*/s/ Chris Kosachuk*

Chris Kosachuk
*Pro Se Movant*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

***Served via CM/ECF***
All parties of record

| Form 668 (Y)(c) (Rev. February 2004) | 5829 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 505385424 | | **For Optional Use by Recording Office**  CFN 2024R0892124 DR Bk 34510 Pg 3103; (1 pg) 11/26/2024 10:15:52 JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT & COMPTROLLER MIAMI-DADE COUNTY, FL |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  LIZA HAZAN

Residence  6913 VALENCIA DR
FISHER ISLAND, FL 33109-0601

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2018 | ▓▓▓▓▓▓ | 11/18/2019 | 12/18/2029 | 23154.49 |

Place of Filing
County Courthouse
Dade County
Miami, FL 33130

Total $  23154.49

This notice was prepared and signed at _____BALTIMORE, MD_____, on this,

the __15th__ day of __November__, __2024__.

| Signature  for RICARDO J DIEZ | Title ACTING MANAGER (305) 982-5116 | 23-08-1222 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Book34510/Page3103    CFN#20240892124                                              Page 1 of 1