**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FILED-USBC, FLS-MIA
'25 APR 10 AM 9:26

In re:  Case No. 16-10389-RAM

LIZA HAZAN a/k/a ELIZABETH HAZAN,  Defaulted Chapter 11

Debtor,
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Notice of Hearing* entered on April 9, 2025 [ECF No. 1449] and *Motion for Order to Show Cause Why This Bankruptcy Should Not Be Dismissed With Prejudice* filed on April 7, 2025 [ECF No. 1448] were served via CM/ECF and email or first-class postage-prepaid U.S. Mail to the parties on the attached service list as indicated on this 9th day of April 2025.

Respectfully submitted,

Chris Kosachuk
*Pro Se Assignee of NLG, LLC*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

**Served via CM/ECF**

All Parties of Record